**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHNNIE LAMBERT, | ) | NO. CV 11-10059-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN McDONALD, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 11, 2012.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE